# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Marvin Fitzgerald Outing,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            3:10-cv-361
                                            3:06-cr-102-1

USA,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 30, 2012 Order.

                                                  Signed: July 30, 2012

                                                  *[signature]*

                                                  Frank G. Johns, Clerk
                                                  United States District Court